IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>TYREE C. CARNEY,<br><br>                Defendant. | 8:18CR195<br><br>**JUDGMENT** |

In accordance with the Memorandum and Order entered today (Filing No. 77), Tyree C. Carney's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Filing No. 226) is denied.

Dated this 1st day of February 2021.

BY THE COURT:

*Robert F. Rossiter, Jr.* (signature)

Robert F. Rossiter, Jr.
United States District Judge